**No. 62058.**—United China & Glass Co. *v.* United States, protest 316191–K/14980 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the decorated earthenware wall planters are entireties in chief value of decorated earthenware, not tableware, valued at over $3 per dozen, said merchandise was held dutiable at 10 cents per dozen pieces and 35 percent ad valorem under paragraph 211, as modified, *supra*, if the body is wholly of clay, or as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), if the body is not wholly of clay. The claim that the specific rate of 10 cents per dozen pieces is not applicable to the pieces of wood in the articles was overruled, the court holding that since the merchandise is classifiable as an entirety in chief value of decorated earthenware, it is properly dutiable at both the specific and the ad valorem rates applicable to decorated earthenware and that, therefore, each piece must be counted in assessing the rate of 10 cents per dozen pieces, even though one piece is composed of wood rather than of earthenware. *United States* v. *S. H. Kress & Co. et al.* (23 C. C. P. A. 90, T. D. 47764) followed.

**No. 62059.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 315438–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62060.**—J. M. Rodgers Co., Inc. *v.* United States, protest 315653–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62061.**—F. H. Taussig *v.* United States, protest 316043–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.